UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 02-0302 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **DONTE G. LEE,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey, at telephone number 202-305-2195 and/or email address Michael.Harvey2@usdoj.gov. Mr. Harvey will substitute for Assistant United States Attorney Stefanie Roemer as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

_____
G. Michael Harvey
Assistant United States Attorney
Major Crimes Section, D.C. No. 447465
555 4th Street, N.W.  #4243
Washington, DC 20001
(202) 305-2195; Fax: 514-6010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, David Bos, this 15th day of November, 2005.

_____
G. Michael Harvey
Assistant United States Attorney